# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PERCY LAVAE BACON,

    *Plaintiff,*

vs.

RANDY LASWELL, *et al.*,

    *Defendant*s.

2:09-cv-02058-PMP-PAL

ORDER

    This closed prisoner civil rights action comes before the Court on Plaintiff's second motion (#12) for rehearing, which is filed under Rule 60.

    Following the filing of a notice of appeal, the district court does not have jurisdiction over a Rule 60 motion prior to issuance of the mandate, unless leave is obtained from the Court of Appeals to consider the motion. *See,e.g., Williams v. Woodford*, 384 F.3d 567, 586 (9th Cir. 2004); *Gould v. Mutual Life Ins. Co.*, 790 F.2d 769, 772-73 (9th Cir. 1986). This matter is pending before the Ninth Circuit, and this Court therefore does not have jurisdiction over the present motion.

    The Court does not see anything in the motion that would prompt it either to seek to further entertain the motion or to grant the motion. *Cf. Gould*, 790 F.2d at 772 (the proper procedure is for the petitioner to ask the district court whether it wishes to entertain the motion, or to grant it, and then move for a remand in the court of appeals). The motion rehashes arguments that the Court addressed directly or by implication in its prior order (#8) denying rehearing. Even if, *arguendo*, the state courts erred in their rulings dismissing the civil rights proceedings that Plaintiff filed in the state courts, any such error does not provide a basis for

equitable tolling so that Plaintiff then can relitigate the propriety of the prior dismissals in an original action filed in federal district court.  See #8, at 1-2.  The Court reiterates its certification pursuant to 28 U.S.C. § 1915(a)(3) that the pending appeal is not taken in good faith.  See #11.

       The Court has ruled in this matter.  The action is and has been closed, subject to the action of the Court of Appeals on the pending appeal.

       IT THEREFORE IS ORDERED that Plaintiff's second motion (#12) for rehearing is DENIED.

       DATED: August 26, 2010.

_____
PHILIP M. PRO
United States District Judge